# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00038-CV

**In re IBT International, Inc., Southern California Sunbelt Developers, and Dan Baer**

### ORIGINAL PROCEEDING FROM BLANCO COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Gisela Triana, Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Filed: April 5, 2023